# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE KNIT WITH, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 09-5981 |
| AURORA YARNS, FREDERIKKA THEODORA PAYNE, and DONNA McGRANAHAN, | : |
| Defendants. | : |

## ORDER

AND NOW, this 11th day of *March*, 2010, upon consideration of Plaintiff The Knit With's Motion for Remand (Docket No. 6), the Response of Defendants Aurora Yarns and Frederikka Payne (Docket No. 11), and Plaintiff's Reply Brief (Docket No. 13), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to remand this matter to the Pennsylvania Court of Common Pleas for Philadelphia County.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.